**MICHAEL J. GRECO**
Attorney at Law

---

**70 W. Hubbard Street, Suite 302**
**Chicago, Illinois  60654**
**(312) 222-0599**
**Fax No.  (312) 222-9425**

E-mail:   michaelgreco18@yahoo.com

November 21, 2011

United Healthcare Insurance Company
PO Box 7149
Portland, Maine  04112-7149
Fax No. 800 980-0298

Re:   Notice of Life Insurance Benefit Claim.
  Covered Person: Russell A. Mounsey, DOB 02/12/1982, SSN 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.
  Member ID: 936976500
  Employer: Lifeline Ambulance
  Policy No. G/GA2M7541NM
  Health Plan: 911-87726-04
  Date of Death: 10/22/2011.

To Claims Administrator or whom it concerns at United Healthcare Insurance Company:

  Covered Person Russell A. Mounsey deceased on October 22, 2011.  A copy of the Certificate of Death Record is attached.

  I am the attorney for the probable Beneficiary, Covered Person's mother Theresa Mounsey.

  You are notified hereby of the event of Covered Person's death triggering the Life Insurance Benefit under the terms of the Life Insurance policy.  You are notified also of Ms. Theresa Mounsey's claim for payment of such Life Insurance benefit under the terms of the policy.

Please advise me immediately if there are forms which must be completed and submitted, or if you need any other information.  Thank you very much.

We look forward to hearing from you and to receiving payment promptly.

Regards,


                                                        Yours truly,


                                                        Michael J. Greco

Copy:  Theresa Mounsey